## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-22044-Civ-COOKE/GOODMAN

OSVALDO SOUFFRONT, *et al.*,

     Plaintiffs,

vs.

INCLAN PAINTING &
WATERPROOFING, CORP., *et al.*,

     Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendations on Plaintiffs' Motion for Final Judgment and Attorney's Fees ("Report") (ECF No. 59). Plaintiffs' Motion (ECF No. 44) was referred to Judge Goodman pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 48.

Judge Goodman recommends I grant Plaintiffs' motion for final judgment against Defendants in the amount of $31,999.99. He also recommends that I find that Plaintiffs are entitled to attorney's fees incurred in enforcing the settlement agreement. The Parties have not objected to the Report and the time to do so has passed.

Accordingly, Judge Goodman's Report (ECF No. 59) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiffs' Motion for Final Judgment (ECF No. 44) is **GRANTED**. Plaintiffs are awarded **$31,999.99**. This award shall bear interest at the applicable statutory rate from the date of the default judgment. The Court also finds that Plaintiffs are entitled to attorney's fees incurred enforcing the settlement agreement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of February 2021.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*

1